# USERY & ASSOCIATES

MICHAEL E. BUCKLEY, ESQ.
Admitted in NY, NJ and PA

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: (917)778-6411
Email: MBUCKLE4@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

January 11, 2023

<u>*Via CM/ECF*</u>
Hon. Lorna G. Schofield
U.S. District Court Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re.:   *The Travelers Indemnity Company v. Trisura Specialty Insurance Company*
       Case No.: 1:22-cv-09900

Dear Judge Schofield:

This office represents Plaintiff The Travelers Indemnity Company ("Travelers") in the captioned matter.  Pursuant to your December 9, 2022 Order, please accept this correspondence regarding the status of this matter.

Defendant Trisura Specialty Insurance Company ("Trisura") was served with the Summons and Complaint in the captioned matter on November 30, 2022, such that Trisura was to file an Answer or other response to Travelers' Complaint on or before December 21, 2022.  To date, Trisura has not entered an appearance, filed an Answer or otherwise moved in response to the Complaint in this matter, as a result of which Travelers will be pursuing entry of a default judgment against Trisura.

To the extent Trisura enters an appearance, files an Answer or otherwise moves in response to Travelers' Complaint, it is respectfully requested that a new Order be issued setting an initial conference for this case.  Travelers further requests that, in light of the failure of Trisura to respond to the Complaint, the current initial telephonic conference set for 4:00 pm on Wednesday, January 18, 2023 be adjourned pending either the entry of a default judgment or Trisura appearing in this matter.

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| **ONE TOWER SQUARE** | **485 LEXINGTON AVENUE** | **10 SENTRY PARKWAY** | **655 N CENTRAL AVENUE** |
| **MS04A-0000** | **6th Floor** | **SUITE 300** | **SUITE 1100** |
| **HARTFORD, CT 06183** | **NEW YORK, NY 10017** | **BLUE BELL, PA 19422** | **GLENDALE, CA 91203** |

Please be advised that, should Your Honor so direct, the undersigned will appear for/proceed with the scheduled January 18th initial conference in order to provide Your Honor with a further update on this matter.

> Respectfully submitted,
>
> /s/Michael E. Buckley
>
> Michael E. Buckley

MEB

Application **GRANTED** in part. The initial pretrial conference scheduled for January 18, 2023, is adjourned to **February 1, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **January 25, 2023, at 12:00 P.M.**

By **January 17, 2023**, Plaintiff shall file a letter with citations to authority establishing that service of process by certified mail to the New York State Department of Financial Services is proper.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 8.

Dated: January 12, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N CENTRAL AVENUE |
| MS04A-0000 | 6th Floor | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |