UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,
         Plaintiff,

    -against-           22 Civ. 9900 (LGS)

TRISURA SPECIALTY INSURANCE     ORDER
COMPANY,
         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, Defendant was served on November 30, 2022, and has not appeared in this action;

  WHEREAS, the Order dated January 17, 2023, directed Plaintiff to move for default judgment against Defendant by February 14, 2023.  It is hereby

  **ORDERED** that the initial pretrial conference scheduled for February 1, 2023, at 4:00 P.M. is CANCELLED.

Dated: January 24, 2023
   New York, New York

             _____
                LORNA G. SCHOFIELD
              UNITED STATES DISTRICT JUDGE