```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THE TRAVELERS INDEMNITY COMPANY,                             :
                                      Plaintiff,             :
                                                             :     22 Civ. 9900 (LGS)
              -against-                                      :
                                                             :            ORDER
TRISURA SPECIALTY INSURANCE                                  :
COMPANY,                                                     :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled in this action for July 26, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the conference scheduled for July 26, 2023, at 4:00 P.M., is adjourned to **July 27, 2023, at 4:10 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 21, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**