UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY, :
                           Plaintiff, :
: 22 Civ. 9900 (LGS)
       -against- :
: ORDER
TRISURA SPECIALTY INSURANCE :
COMPANY, :
                         Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference was held on July 27, 2023.  For the reasons discussed at the conference, it is hereby

    **ORDERED** that, by **August 1, 2023**, Defendant shall file a letter explaining its citizenship for purposes of diversity jurisdiction.  It is further

    **ORDERED** that the parties shall proceed with settlement discussions.  By **August 31, 2023**, the parties shall file a joint letter apprising the Court of the status of their discussions, including any request for additional time needed for further discussion.  It is further

    **ORDERED** that if no agreement is reached, the parties shall include in their letter a jointly proposed briefing schedule for their anticipated cross-motions for summary judgment. The proposed briefing schedule shall conform to the following: Defendant files first its motion for summary judgment; Plaintiff files second its opposition and cross-motion for summary judgment; Defendant files third its reply and opposition to Plaintiff's cross-motion for summary judgment and Plaintiff files fourth its reply in support of its cross-motion.  Neither party shall exceed forty (40) pages of briefing in total but may allocate the page numbers as they deem appropriate.  The cross-motions should be fully briefed within sixty (60) days of Defendant's motion being filed.

Dated: July 28, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE