# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

LOUIS G. ADOLFSEN △
IGNATIUS JOHN MELITO
JOHN H. SOMOZA

STEVEN I. LEWBEL *
ROBERT D. ELY
MICHAEL F. PANAYOTOU
PANTELIS D GALLIS

S. DWIGHT STEPHENS ○ △
RANIA SHOUKIER
*OF COUNSEL*

* NJ BAR
○ CT BAR
△ DC BAR

**WOOLWORTH BUILDING
233 BROADWAY, STE. 2070
NEW YORK, N.Y. 10279-0118**

TELEPHONE (212) 238-8900
FAX (212) 238-8999

**MELITO & ADOLFSEN**
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, N.J. 07311
TEL (201) 985-0011
FAX (201) 985-9656

The application to extend the briefing schedule is **GRANTED** per the dates below.  In filing their motions and supporting papers, the parties shall comply with the page limitations set forth in Dkt. 36. So Ordered.

Dated: November 13, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *The Travelers Indemnity Company v. Trisura Specialty Insurance Company*
Civ. Action No.:      22-CV-09900
Our File No.:            0595/307

Dear Judge Schofield:

Our office represents defendant Trisura Specialty Insurance Company ("Trisura") in this matter and writes jointly with Plaintiff The Travelers Indemnity Company ("Plaintiff") to respectfully request an adjournment of the final submission date of the pending motion and cross-motion in this matter from January 25, 2024 (Docket #35) to February 16, 2024. Should the Court grant this adjournment, Trisura and Plaintiff jointly propose a schedule as follows:

- Motion by Trisura served by December 22, 2023;
- Cross-motion by Plaintiff served by January 19, 2024;
- Response by Trisura served by February 2, 2024; and
- Reply by Plaintiff served by February 16, 2024.

The purpose of this adjournment is to permit Trisura additional time to review the matter internally. This is the first request for the adjournment of the schedule set by Your Honor, and the parties thank the Court for consideration of the same.

Respectfully Submitted,

Michael F. Panayotou

Cc:    *All Counsel of Record, via CM/ECF*