UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :
THE TRAVELERS INDEMNITY COMPANY, :
                                  Plaintiff, :
                                                                 :
                    -against-                  :           22 Civ. 9900 (LGS)
                                                                 :
TRISURA SPECIALTY INSURANCE         :                ORDER
COMPANY,                                                :
                                  Defendant. :
                                                                 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties hereto have filed cross-motions for summary judgment.  It is hereby

       **ORDERED** that, as soon as possible and in no event later than **April 26, 2024**, Plaintiff The Travelers Indemnity Company shall file a cover letter attaching the entirety of the relevant Travelers policy, including endorsements.

Dated: April 26, 2024
          New York, New York

                                                                                      LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE