UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                                Plaintiff,

Civil Action No.:
1:22-cv-09900 (LGS)

-against-

TRISURA SPECIALTY INSURANCE COMPANY,

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

                                Defendant.
------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Trisura Specialty Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: November 7, 2024

| **USERY & ASSOCIATES** | **MELITO ADOLFSEN PC** |
|---|---|
| By: /s/*Michele A. Lo Presti-Wouters* . <br> Michele A. Lo Presti-Wouters, Esq. <br> *Attorneys for The Travelers Indemnity Company* <br> Telephone: (631) 501-3095 <br> Facsimile: (844) 571-3789 <br> Email: mloprest@travelers.com <br><br> <u>Please address all correspondence sent by mail to</u>: <br> P.O. Box 2996 <br> Hartford, CT 06104-2996 <br><br> <u>Physical Address</u>: <br> 485 Lexington Avenue, 6th Floor <br> New York NY 10017 | By: /s/*Louis G. Adolfsen* . <br> Louis G. Adolfsen, Esq. <br> *Attorneys for Defendant Trisura Specialty Insurance Company* <br> 233 Broadway, Ste 2070 <br> New York, NY 10279 <br> 212-238-8920 (direct) <br> lga@melitoadolfsen.com |

SO ORDERED:

_____
U.S.D.J.