UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

          Plaintiff,

     -against-

TRISURA SPECIALTY INSURANCE COMPANY,

          Defendant.
----------------------------------------------------------------------X

Civil Action No.:
1:22-cv-09900 (LGS)

**STIPULATION OF
DISMISSAL WITHOUT
PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the

above-captioned action is voluntarily dismissed, without prejudice against Defendant Trisura

Specialty Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without

costs to any party as against the other.

Dated: November 7, 2024

**USERY & ASSOCIATES**

By:

Michele A. Lo Presti-Wouters, Esq.
*Attorneys for The Travelers Indemnity
Company*
Telephone: (631) 501-3095
Facsimile: (844) 571-3789
Email: mloprest@travelers.com

Please address all correspondence sent by
mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

**MELITO ADOLFSEN PC**

By:

Louis G. Adolfsen, Esq.
*Attorneys for Defendant Trisura Specialty
Insurance Company*
233 Broadway, Ste 2070
New York, NY 10279
212-238-8920 (direct)
lga@melitoadolfsen.com

SO ORDERED:

_____

U.S.D.J.